U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 19 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **BRENDON LEE LANDS** | **CIVIL ACTION NO. 06-0433-A** |
| -vs- | **JUDGE DRELL** |
| **DR. ALPHONZE PACHECO, ET AL.** | **MAGISTRATE JUDGE KIRK** |

## ORDER

The Report and Recommendation (Doc. 8) by Magistrate Judge James D. Kirk is not adopted at this time. Plaintiff Brendon Lee Lands' pending complaint is referred to Magistrate Judge Kirk for service of process and other future proceedings.

SIGNED on this 16th day of June, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE